## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVISTA S.a.r.l. and INVISTA (Canada) Company, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| Fiber Resources International, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFFS' DISCLOSURE STATEMENT
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs INVISTA S.à.r.l. and INVISTA (Canada) Company each state that each is indirectly owned by Koch Industries, Inc. which is a privately held corporation.

OF COUNSEL:

Robert L. Lee
Alston & Bird LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA  30309-3434

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Plaintiffs INVISTA S.à.r.l. and
INVISTA (Canada) Company

Dated: February 26, 2007

RLF1-3118144-1