IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVISTA S.à r.l. and INVISTA (Canada) Company, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-119 (GMS) |
| FIBER RESOURCES INTERNATIONAL, INC., | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on October 19, 2007 copies of Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26 were served upon the following counsel of record at the addresses and in the manner indicated:

**BY E-MAIL and HAND DELIVERY**

Thomas C. Marconi
Losco & Marconi, P.A.
1813 North Franklin Street
Wilmington, DE 19899

*/s/ Kelly E. Farnan*
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
*Attorneys for Plaintiffs INVISTA S.à r.l. and INVISTA (Canada) Company*

OF COUNSEL:
Robert L. Lee
Rebecca B. Crawford
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

Dated: October 19, 2007

RLF1-3214642-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the address and in the manner indicated below:

BY E-MAIL and HAND DELIVERY:

Thomas C. Marconi
Losco & Marconi, P.A.
1813 North Franklin Street
Wilmington, DE 19899

*Kelly E. Farnan*
Kelly E. Farnan (#4395)

RLF1-3153916-1