## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

INVISTA S.A R.L. and INVISTA (CANADA)  :
COMPANY                                 :
                                        :      C.A. No. 07-119 (GMS)
            Plaintiffs,                 :
                                        :
   v.                                   :
                                        :
FIBER RESOURCES INTERNATIONAL, INC.,    :
                                        :
            Defendant.                  :

### NOTICE OF SERVICE

I, Thomas C. Marconi, Esquire hereby certify that on this 29th day of November, 2007, I

caused a true and correct copy of the attached *Defendant's Initial Disclosures Pursuant to*

*Fed.R.Civ.P.26* to be served via U.S. Mail, postage prepaid upon the following:

> Kelly E. Farnan, Esquire
> Richrds, Layton & Finger
> One Rodney Square
> 920 North King Street
> P.O. Box 551
> Wilmington, DE 19899

**LOSCO & MARCONI, P.A.**

 /s/ Thomas C. Marconi
Thomas C. Marconi, Esquire #2761
1813 North Franklin Street
P.O. Box 1677
Wilmington, DE  19899
(302) 656-2284 Phone
(302) 656-3081 Fax
Attorney for Defendant

G:\Tom\Fiber Resources #6096\Pleadings Dist. Ct. 07-119\Notice of Service of Defendant's Initial Disclosure 11.13.07.wpd

-1-