IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVISTA S.A.R.L. and INVISTA (CANADA) COMPANY, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 07-119 (GMS) |
| FIBER RESOURCES INTERNATIONAL, INC., | : : | |
| Defendant. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF MOTION TO WITHDRAW

PLEASE TAKE NOTICE that David L. Finger and Finger & Slanina, LLC enter their appearance on behalf of defendant Fiber Resources International, Inc., and that Thomas C. Marconi and Losco and Marconi, P.A. withdraw as counsel for defendant Fiber Resources International, Inc.

PLEASE TAKE FURTHER NOTICE that, because of the foregoing substitution of counsel, Losco & Marconi, P.A. withdraws its Motion to Withdraw as Counsel.

Dated: December 19, 2007

| | |
|---|---|
| */s/ David L. Finger*_____ | */s/ Thomas C. Marconi*_____ |
| David L. Finger (DE Bar ID #2556) | Thomas C. Marconi (DE Bar ID #2761) |
| Finger & Slanina, LLC | Losco & Marconi, P.A. |
| One Commerce Center | 1813 N. Franklin Street |
| 1201 Orange Street, Suite 725 | P.O. Box 1677 |
| Wilmington, DE  19801 | Wilmington, DE  19899 |
| (302) 884-6766 | (302) 656-2284 |