IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INVISTA S.A.R.L. and INVISTA (CANADA)          :
COMPANY,                                       :
                                               :
              Plaintiffs,                      :
                                               :
       v.                                      :          C.A. No. 07-119 (GMS)
                                               :
FIBER RESOURCES INTERNATIONAL, INC.,           :
                                               :
              Defendant.                       :

## MOTION AND ORDER FOR ADMISSION P)RO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac* vice of W. Winston Briggs, Esq., of Decker Hallman Barber & Briggs

to represent Fiber Resources International, Inc. in this action.

Dated: December 20, 2007

                              Respectfully submitted,


                              /s/ David L. Finger_____
                              David L. Finger (DE Bar ID #2556)
                              Finger & Slanina, LLC
                              One Commerce Center
                              1201 Orange Street, Suite 725
                              Wilmington, DE 19801-1155
                              (302) 884-6766
                              Attorney for defendant Fiber Resources
                              International, Inc.


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is

GRANTED.

Dated:                   _____
                              Sleet, J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Georgia and Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's local rules.  In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date:   December 18, 2007

W. Winston Briggs
Decker, Hallman, Barber & Briggs
260 Peachtree Street N.W., Suite 1700
Atlanta, GA  30303
(404) 522-1500