IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVISTA S.à.r.l. and INVISTA (Canada) Company, <br><br> Plaintiffs, <br><br> v. <br><br> FIBER RESOURCES INTERNATIONAL, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-119 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' NOTICE DEPOSITION OF LAURIE NORRIS

TO:  David L. Finger                          W. Winston Briggs
     Finger & Slanina, LLC                    Decker, Hallman, Barber & Briggs
     One Commerce Center                      17th Floor
     1201 Orange Street, Suite 725            260 Peachtree Street
     Wilmington, DE 19801-1155                Atlanta, GA 30303

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, counsel for Plaintiffs INVISTA S.à.r.l. and INVISTA (Canada) Company (collectively "INVISTA" or "Plaintiffs") will take the deposition of Laurie Norris, in her capacity as an officer, manager, or employee of Fiber Resources International, Inc. ("FRI" or "Defendant"), upon oral examination at the offices of Alston & Bird, LLP, 1201 W. Peachtree Street, Atlanta, GA 30309-3424, on Wednesday, January 16, 2008, beginning at 2:00 p.m. EDT, or at such other time and location as agreed upon by counsel, and continuing thereafter from time-to-time and day-to-day until completion.

The deposition will be taken before a Notary Public or other person duly authorized by law to administer oaths, will be recorded by stenographic and/or videographic means, and will be conducted pursuant to the provisions of the Federal Rules of Civil Procedure and Federal Rules

of Evidence for the purpose of discovery, use as evidence at trial, and any other purposes allowed by law.

OF COUNSEL:

Robert L. Lee
Rebecca B. Crawford
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

/s/ Kelly E. Farnan
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
*Attorneys for Plaintiffs INVISTA S.à.r.l. and INVISTA (Canada) Company*

Dated: January 3, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the address and in the manner indicated below:

| BY HAND DELIVERY | BY FIRST-CLASS U.S. MAIL |
|---|---|
| David L. Finger<br>Finger & Slanina, LLC<br>One Commerce Center<br>1201 Orange Street, Suite 725<br>Wilmington, DE  19801-1155 | W. Winston Briggs<br>Decker, Hallman, Barber & Briggs<br>17th Floor<br>260 Peachtree Street<br>Atlanta, GA  30303 |

*Kelly E. Farnan*
Kelly E. Farnan  (#4395)