

**FINGER & SLANINA, LLC**
ATTORNEYS AT LAW

David L. Finger, Resident, Wilmington Office:
One Commerce Center, 1201 Orange St., Suite 725
Wilmington, Delaware 19801-1155
Ph: (302) 884-6766 | Fax: (302) 984-1294
E-mail: dfinger@delawgroup.com
www.delawgroup.com

January 4, 2007

**Via CM/ECF**
The Hon. Leonard P. Stark
U.S. District Court
844 N. King St., Lock Box 26
Wilmington, DE 19801

      Re:   *Invista S.a.r.l v. Fiber Resources International, Inc.*, C.A. No. 07-119 GMS

Dear Judge Stark:

      I am writing on behalf of defendant Fiber Resources International, Inc. ("FRI") to request that the mediation conference in the above-referenced action, currently scheduled for January 15, 2008, be rescheduled.

      On December 19, 2007, W. Winston Briggs, Esq. and I were substituted in as counsel for FRI. Unfortunately, Mr. Briggs has a prior unavoidable commitment on that date, and FRI believes that Mr. Briggs' absence would seriously hamper its ability to have a successful mediation. Therefore, FRI respectfully requests a brief continuance.

      I have spoken with Mr. Moyer, counsel for plaintiffs, who has advised me that plaintiffs oppose the request for rescheduling.

      As always, I am available at the convenience of the Court to answer any questions Your Honor may have.

      Respectfully,

      David L. Finger
      (DE Bar ID #2556)

cc:   Clerk of the Court (via CM/ECF)
      Jeffrey L. Moyer, Esq. (via CM/ECF)