

**FINGER & SLANINA, LLC**
ATTORNEYS AT LAW

David L. Finger, Resident, Wilmington Office:
One Commerce Center, 1201 Orange St., Suite 725
Wilmington, Delaware 19801-1155
Ph: (302) 884-6766 | Fax: (302) 984-1294
E-mail: dfinger@delawgroup.com
www.delawgroup.com

January 7, 2008

The Hon. Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King Street, Lock Box 19
Wilmington, DE 19801

Re:   *INVISTA S.A.R.L. v. Fiber Resources Int'l, Inc.*, C. A. No. 07-119

Dear Judge Sleet:

I am Delaware counsel for defendant Fiber Resources International, Inc. ("FRI") in the above-referenced action. This letter is to advise the Court that on Friday, January 4, 2008, FRI filed a Motion to Extend certain Scheduling Order Guidelines in the above-referenced case. (D.I. 25). In particular, Defendant moves to extend the discovery period currently set to expire on January 18, 2008. Because of such time deadlines, FRI requests an expedited ruling on this Motion.

FRI greatly appreciates the Court's expedited consideration of this Motion. As always, I am available at the convenience of the Court to answer any questions Your Honor may have.

Respectfully,

David L. Finger
(DE Bar ID #2556)

cc:   Clerk of the Court (via CM/ECF)
      Jeffrey L. Moyer, Esq. (via CM/ECF)