IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVISTA S.à.r.l. and INVISTA (Canada) Company,<br><br>                    Plaintiffs,<br><br>            v.<br><br>FIBER RESOURCES INTERNATIONAL, INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No.: 07-119 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on this 14th day of January, 2008, the undersigned caused to be served via first class mail, postage prepaid, two copies of (1) First Interrogatories of Fiber Resources International, Inc. to Invista S.a.r.l. and Invista (Canada) Company, and (2) First Request for Production of Documents of Fiber Resources International, Inc. to Invista S.a.r.l. and Invista (Canada) Company to the below-listed counsel of record:

> Jeffrey L. Moyer, Esq.
> Richards, Layton & Finger, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

> Respectfully submitted,
>
> /s/ David L. Finger
> David L. Finger (DE Bar ID #2556)
> Finger & Slanina, LLC
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801-1155
> (302) 884-6766
> Attorney for defendant

Dated: January 14, 2008