IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVISTA S.à.r.l. and INVISTA (Canada) Company,<br><br>        Plaintiffs,<br><br>    v.<br><br>FIBER RESOURCES INTERNATIONAL, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No.: 07-119 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO TRANSFER VENUE

Defendant Fiber Resources International, Inc. hereby moves, pursuant to 28 U.S.C. § 1406 or, in the alternative, 28 U.S.C. § 1404(a), for an Order in the form attached hereto transferring this action to the U.S. District Court for the Northern District of Georgia.

The grounds for this motion are set forth in detail in defendant's Memorandum in Support of its Motion to Transfer Venue, filed contemporaneously herewith.

Dated: January 14, 2008

                                                        Respectfully submitted,

                                                        /s/ David L. Finger
                                                        David L. Finger (DE Bar ID #2556)
                                                        Finger & Slanina, LLC
                                                        One Commerce Center
                                                        1201 Orange Street, Suite 725
                                                        Wilmington, DE 19801-1155
                                                        (302) 884-6766

Of counsel:
W. WINSTON BRIGGS
State Bar of Georgia #081653
DECKER, HALLMAN, BARBER & BRIGGS
260 Peachtree Street, N.W., Suite 1700
Atlanta, Georgia 30303
(404) 522-1500

Attorneys for defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INVISTA S.à.r.l. and INVISTA (Canada) Company,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**FIBER RESOURCES INTERNATIONAL, INC.,** )<br>)<br>Defendant. ) | Civil Action No.: 07-119 (GMS) |

## ORDER

On this _____ day of _____, 2008, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Transfer Venue os GRANTED.

2. This action is TRANSFERRED to the United States District Court for the Northern District of Georgia.

_____
Sleet, J.