IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVISTA S.a.r.l. and INVISTA (Canada) Company, | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 07-119 GMS |
| Fiber Resources International, Inc. | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **14th** day of **January, 2008**,

IT IS ORDERED that **the mediation conference scheduled for January 15, 2008 is CANCELED**; and

IT IS FURTHER ORDERED that a status teleconference has been scheduled for **February 1, 2008 at 10:00 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE