IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVISTA S.à r.l. and INVISTA (Canada) Company, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Fiber Resources International, Inc., )<br>)<br>Defendant. ) | Civil Action No. 07-119-GMS |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

WHEREAS, counsel for Defendant Fiber Resources International, Inc. ("Fiber Resources") filed a Motion to Withdraw as counsel on December 5, 2007;

WHEREAS, the parties were originally scheduled to mediate this case before Magistrate Judge Stark on December 20, 2007 and had agreed that conducting a mediation prior to engaging in deposition discovery would be most efficient for both parties;

WHEREAS, the December 20, 2007 mediation was postponed at the request of Fiber Resources due to its change of counsel;

WHEREAS, on December 19, 2007, substitute counsel for Fiber Resources entered an appearance;

WHEREAS, the parties intended to mediate this case on January 15, 2008 before Magistrate Judge Stark but decided to postpone mediation because Fiber Resources' new counsel was not available and Fiber Resources advised INVISTA it would not agree to pay any money in a settlement;

WHEREAS, INVISTA timely filed notices of deposition on January 3, 2008 for depositions to take place on January 16-18, 2008;

RLF1-3243834-1

WHEREAS, Fiber Resources has advised that its new counsel is unavailable on January 16-18, 2008 for the noticed depositions;

WHEREAS, the parties have agreed to a modest extension of the schedule to allow for the completion of depositions prior to the submission of summary judgment motions;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the fact discovery cut-off is hereby extended two weeks to February 1, 2008 to allow for the completion of depositions and the deadline for submission of case dispositive motions is extended by one week to February 15, 2008. All other deadlines in the Scheduling Order remain in full force and effect.

/s/Kelly E. Farnan
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
*Attorneys for Plaintiffs INVISTA S.à.r.l. and INVISTA (Canada) Company*

Dated: January 17, 2008

/s/David L. Finger
David L. Finger (#2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
*Attorney for Defendant Fiber Resources International, Inc.*

Dated: January 17, 2008

IT IS SO ORDERED this _____ day of January, 2008.

_____
U.S. District Court Chief Judge

RLF1-3243834-1

2