IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVISTA S.à r.l. and INVISTA (Canada) Company, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FIBER RESOURCES INTERNATIONAL, )<br>INC., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-119 (GMS) |

**PLAINTIFFS' SECOND NOTICE OF DEPOSITION OF LAURIE NORRIS**

TO:

David L. Finger                           W. Winston Briggs
Finger & Slanina LLC                      Decker, Hallman, Barber & Briggs
One Commerce Center                       17th Floor
1201 Orange St. Suite 725                 260 Peachtree Street
1813 North Franklin St.                   Atlanta, GA 30303
Wilmington, DE 19801

Please take notice that pursuant to Federal Rule of Civil Procedure 30, counsel for Plaintiffs INVISTA S.à r.l. and INVISTA (Canada) Company (collectively "INVISTA" or "Plaintiffs") will take the deposition of Laurie Norris, in her capacity as an officer, manager, or employee of Fiber Resources International, Inc. ("FRI" or "Defendant"), upon oral examination at the offices of Decker, Hallman, Barber & Briggs, 17th Floor, 260 Peachtree Street, Atlanta, GA 30303, on Tuesday, January 29, 2008, beginning at 9:00 a.m. EDT, or at such other time and location as agreed upon by counsel, and continuing thereafter from time-to-time and day-to-day until completion.

RLF1-3245917-1

The deposition will be taken before a Notary Public or other person duly authorized by law to administer oaths, will be recorded by stenographic and/or videographic means, and will be conducted pursuant to the provisions of the Federal Rules of Civil Procedure and Federal Rules of Evidence for the purpose of discovery, use as evidence at trial, and any other purposes allowed by law.

/s/ Kelly E. Farnan
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899

Robert L. Lee
bob.lee@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

Attorneys for Plaintiffs
INVISTA S.à r.l. and INVISTA
(Canada) Company

Dated: January 22, 2008

2

RLF1-3245917-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2008, I caused the foregoing to be served on the defendant at the address and in the manner indicated below:

| BY E-MAIL AND HAND DELIVERY | BY E-MAIL |
|---|---|
| David L. Finger<br>Finger & Slanina, LLC<br>One Commerce Center<br>1201 Orange Street, Suite 725<br>Wilmington, DE 19801-1155 | W. Winston Briggs<br>Decker, Hallman, Barber & Briggs<br>17th Floor<br>260 Peachtree Street<br>Atlanta, GA 30303 |

Kelly E. Farnan (#4395)