**Civil Action No. 07-119 (GMS)**

# ORDER

## SCHEDULING DISCOVERY TELECONFERENCE

IT IS HEREBY ORDERED that a discovery dispute telephone conference in this matter has been set for **Wednesday, February 6, 2008 at 11:30 a.m.** Counsel for the plaintiff(s) is directed to coordinate and initiate the telephone conference call to chambers at (302) 573-6470.

IT IS FURTHER ORDERED that not less than forty-eight hours prior to the teleconference, the parties shall file with the court, by electronic means, a **joint**, **non-argumentative** letter agenda (a sample letter can be found on the court's website (www.ded.uscourts.gov)), not to exceed two pages in length, outlining the issues in dispute. After the parties have had three (3) discovery teleconferences, they will be required to file a joint letter showing good cause why the court should permit a fourth discovery teleconference.

    /s/   Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

    /s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE