IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVISTA S.à r.l. and INVISTA (Canada) Company, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-119 (GMS) |
| FIBER RESOURCES INTERNATIONAL, INC., | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2007 copies of Plaintiffs' First Set of Interrogatories and Requests for Production to Defendant Fiber Resources International, Inc. were served upon the following counsel of record at the addresses and in the manner indicated:

**BY FIRST-CLASS U.S. MAIL**

David L. Finger
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

**BY FIRST-CLASS U.S. MAIL**

W. Winston Briggs
Decker, Hallman, Barber & Briggs
17th Floor
260 Peachtree Street
Atlanta, GA 30303

/s/ Kelly E. Farnan
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
*Attorneys for Plaintiffs INVISTA S.à r.l. and INVISTA (Canada) Company*

OF COUNSEL:
Robert L. Lee
Rebecca B. Crawford
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

Dated: January 29, 2008

RLF1-3214642-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the address and in the manner indicated below:

| BY HAND DELIVERY | BY FIRST-CLASS U.S. MAIL |
|---|---|
| David L. Finger<br>Finger & Slanina, LLC<br>One Commerce Center<br>1201 Orange Street, Suite 725<br>Wilmington, DE 19801-1155 | W. Winston Briggs<br>Decker, Hallman, Barber & Briggs<br>17th Floor<br>260 Peachtree Street<br>Atlanta, GA 30303 |

_____
Kelly E. Farnan (#4395)

RLF1-3153916-1