**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

JEFFREY L. MOYER

DIRECT DIAL NUMBER
302-651-7525
MOYER@RLF.COM

February 4, 2008

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re: *INVISTA S.à r.l., et al. v. Fiber Resources International, Inc.*,
Civil Action No. 07-119-GMS

Dear Chief Judge Sleet:

In anticipation of the discovery teleconference scheduled for February 6, 2008 at 11:30 a.m., the parties jointly submit the following items to be presented to the Court:

**Plaintiffs' Issues:**

- Defendant's failure to answer certain interrogatories

Plaintiffs have inquired of Defendant regarding whether it plans to raise any issues on Wednesday's teleconference. Defendant has not yet identified any such issue.

Respectfully,

Jeffrey L. Moyer (#3309)

KEF.th
Enclosure
cc:  Clerk, U.S. District Court (By Hand)
     David L. Finger, Esq. (By E-Mail and Hand)

RLF1-3249852-1