IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVISTA S.à r.l. and INVISTA (Canada) Company,<br><br>Plaintiffs,<br><br>v.<br><br>FIBER RESOURCES INTERNATIONAL, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-119 (GMS)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on April 30, 2008 copies of (i) Plaintiffs' First Request for Production of Documents of Fiber Resources International, Inc. to Invista S.A.R.L. and Invista (Canada) Company and (ii) Plaintiffs' First Interrogatories of Fiber Resources International, Inc. to Invista S.A.R.L. and Invista (Canada) Company were served upon the following counsel of record at the addresses and in the manner indicated:

**BY E-MAIL and HAND DELIVERY**

David L. Finger
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

**BY FIRST-CLASS U.S. MAIL**

W. Winston Briggs
Decker, Hallman, Barber & Briggs
17th Floor
260 Peachtree Street
Atlanta, GA 30303

*Kelly E. Farnan*

Jeffrey L. Moyer (#3309)
OF COUNSEL:                     moyer@rlf.com
Robert L. Lee                   Kelly E. Farnan (#4395)
Rebecca B. Crawford             farnan@rlf.com
Alston & Bird LLP               Richards, Layton & Finger
1201 West Peachtree Street      One Rodney Square, P.O. Box 551
Atlanta, Georgia 30309-3424     Wilmington, DE 19899
(404) 881-7000                  *Attorneys for Plaintiffs INVISTA S.à r.l. and INVISTA (Canada) Company*

Dated: May 1, 2008

RLF1-3214642-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 1, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the address and in the manner indicated below:

**BY HAND DELIVERY**

David L. Finger
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

I hereby certify that on May 1, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FIRST-CLASS U.S. MAIL**

W. Winston Briggs
Decker, Hallman, Barber & Briggs
17th Floor
260 Peachtree Street
Atlanta, GA 30303

*Kelly E. Farnan*
Kelly E. Farnan (#4395)

RLF1-3153916-1